UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:19-cv-00703-JLS-DFM                                                  Date: July 02, 2020
Title: Deanne Schurhammer v. Wal-Mart Stores Inc. et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO FILE MEMORANDA OF CONTENTIONS OF FACT AND LAW**

On June 5, 2019, the Court issued the Scheduling Order in this case, setting the Final Pretrial Conference for July 10, 2020. (Doc. 15 at 2.) Pursuant to the Court's Civil Trial Order and Local Rule 16-4, counsel were required to serve and file their Memoranda of Contentions of Facts and Law no later than twenty-one (21) days before the final pretrial conference. (Civil Trial Order, Doc. 16 at 3; C.D. Cal. R. 16-4.) The Civil Trial Order expressly states that "[s]trict compliance with the requirements of the Federal Rules of Civil Procedure and the Local Rules is mandatory." (Civil Trial Order at 3.) Although these Memoranda were due by June 19, 2020, neither party has filed the document.

The parties are therefore ORDERED to show cause, in writing, why the Court should not dismiss this matter for failure to prosecute and/or issue sanctions for the failure to timely file the Memoranda of Contentions of Fact and Law. Failure to respond within **seven (7) days of this Order** will result in immediate dismissal of this action.

Initials of Preparer: _____